BEFORE THE THIRD DIVISION, DECEMBER 5, 1951

**No. 56126.**—Golden West Wineries, Inc. *v.* United States, protest 109644–K (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 56127.**—James M. McCunn & Co., Inc., et al. *v.* United States, protests 128291–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 56128.**—Schenley Import Corp. *v.* United States, protest 132159–K/1151 (Chicago).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 56129.**—R. C. Williams & Co., Inc. *v.* United States, protests 132914–K and 133848–K (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 56130.**—The Asbury Graphite Mills, Inc. *v.* United States, protest 169743–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the actual net weight of the four lots of graphite in question was as set forth in said stipulation, the claim of the plaintiff was sustained.

**No. 56131.**—S. & D. Ades Co. et al. *v.* United States, protests 165037–K, etc. (San Francisco).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.